Order issued January 18, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01277-CV

### THE DOW CHEMICAL COMPANY, Appellant

V.

### MAGDALENA ADRIENNA ABUTAHOUN, ET AL., Appellees

On Appeal from the 160th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC10-07003

## ORDER

The above case has been submitted on appeal. Pursuant to rules 43.6 and 34.5(c)(1) of the Texas Rules of Appellate Procedure, the Dallas County District Clerk's Office is **ORDERED** to prepare, certify, and file in this Court no later than January 25, 2013, a supplement to the clerk's record containing the supersedeas bond filed by appellant The Dow Chemical Company on approximately May 13, 2011.

DOUGLAS S. LANG
JUSTICE